CATHY SAVOIE, ADMINISTRATRIX (ESTATE OF JOHN PAUL SAVOIE) *v.* PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 594 (AC 24429), is denied.

*Paul E. Pollock*, in support of the petition.

Decided October 13, 2004